UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON LAMONTE NICKERSON

v.                  CA 15-114 ML

PROVIDENCE COUNTY, et al.

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objections (Docket #40) to the Report and Recommendation issued by Magistrate Judge Sullivan on April 6, 2015 (Docket #6). Having reviewed the Report and Recommendation and having considered the Plaintiff's objections thereto, the Court agrees with the conclusions of the Magistrate Judge. Accordingly, the Report and Recommendation is adopted and Plaintiff's Complaint is dismissed pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A. Plaintiff's Motion to Proceed In Forma Pauperis is DENIED as moot.

The Court notes that Plaintiff attached to his written objections to the Report and Recommendation an "Amended Complaint." This Amended Complaint, like the original Complaint, names parties as defendants who are immune from suit by virtue of their judicial and prosecutorial immunity. As such, those reasserted claims are frivolous and fail to state a viable claim. The Court notes that Plaintiff, in the Amended Complaint, appears to make some claims against Defendants not named in the original Complaint. Because the Amended Complaint, even read liberally, is confusing and it is difficult to discern what Plaintiff is claiming, the Court will DISMISS the Amended Complaint without prejudice.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
United States District Judge
May 6, 2015